**SEALED**



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2019
SEPTEMBER 9, 2020 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20-cr-169
    18 U.S.C. § 875(c)

RODNEY HANSON

# I N D I C T M E N T
(Interstate Threatening Communication)

The Grand Jury Charges:

On or about January 8, 2019, defendant RODNEY HANSON, knowingly and willfully did transmit in interstate and foreign commerce from the State of Illinois to Putnam County, West Virginia, in the Southern District of West Virginia, a communication containing a threat to injure the person of another, that is, P.A. and P.A.'s family.

In violation of Title 18, United States Code, Section 875(c).

MICHAEL B. STUART
United States Attorney

By: _____
RYAN A. KEEFE
Assistant United States Attorney